UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Chris Jackson, | No. 25-cv-02688 (KMM/EMB) |
| Plaintiff, | |
| v. | **ORDER** |
| Michelle Sexe, *Individual and Official Capacities*, Gary Tallefson, *Individual and Official Capacities*, and Dept. of Humn. Serv. of Minn, | |
| Defendants. | |

---

This matter is before the Court on the Report and Recommendation ("R&R") of U.S. Magistrate Judge Elsa M. Bullard (Dkt. No. 28) recommending dismissal of Plaintiff Chris Jackson's Complaint for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) because he failed to pay the filing fee and denying his motions for a referral to a volunteer attorney as moot. Judge Bullard issued her R&R on October 15, 2025. On October 14, 2025, the Clerk of Court received a filing from Jackson asking Judge Bullard to reconsider her earlier denial of his motions to proceed *in forma pauperis*, but that filing was not docketed until after the R&R was issued. (*See* Dkt. 29 (Motion to Reconsider); Dkt. 26 (Order denying IFP applications).)

Due to the timing of these filings, the Court issued an Order requiring Mr. Jackson to submit updated financial information or it would adopt the R&R and dismiss the action for failure to prosecute. (Dkt. 30.) The Court received that financial information from Mr. Jackson on November 13, 2025. (Dkt. 31.) Accordingly, the Court declines to adopt the

R&R. Judge Bullard will assess whether the new information supports Mr. Jackson's application for IFP status, and the undersigned expresses no opinion about the merits of that question.

**SO ORDERED.**

Date: November 18, 2025

*s/Katherine Menendez*
Katherine Menendez
United States District Judge