UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Chris Jackson,

        Plaintiff,

v.

Michelle Sexe, *Individual and Official Capacities*, Gary Tallefson, *Individual and Official Capacities*, and Dept. of Humn. Serv. of Minn,

        Defendants.

No. 25-cv-2688 (KMM/EMB)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

This matter is before the Court on the Report and Recommendation ("R&R") of U.S. Magistrate Judge Elsa M. Bullard dated January 14, 2026. (Dkt. 34.) The R&R recommends dismissal of Plaintiff Chris Jackson's Complaint for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) because he failed to pay the filing fee, and denial of his motions for a referral to a volunteer attorney as moot. (*Id.*) The deadline for submitting objections to the R&R was January 28, 2026. *See* D. Minn. LR 72.2(b)(1) (providing 14 days to object to an R&R). That deadline has now passed, and Mr. Jackson has not objected to the R&R, nor has he paid the required filing fee. In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this matter, the Court finds no error.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Dkt. 34) is **ACCEPTED**;

2. Plaintiff Chris Jackson's Complaint (Dkt. 1) is **DISMISSED WITHOUT PREJUDICE**; and

3. Plaintiff's Motions for a referral to a volunteer attorney (Dkts. 8, 17) are **DENIED as moot**.

   **Let judgment be entered accordingly**.

Date: March 5, 2026                    *s/Katherine Menendez*
                                       Katherine Menendez
                                       United States District Judge